# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DEE ARLIN EASTER,                    )
                                     )
      Plaintiff,                 )
                                     )
vs.                                  )   Case No. CIV-05-0509-F
                                     )
LARRY DAMERON,[1] R.C. DANIELS,      )
and WADE LOWERY,                     )
                                     )
      Defendants.                )

## ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging violation of his federal constitutional rights. Plaintiff appears *pro se*, and his pleadings are liberally construed.

Magistrate Judge Valerie K. Couch's Report and Recommendation of October 13, 2006 is before the court. (Doc. no. 75.) In it, Magistrate Judge Couch recommends that the motion for summary judgment (doc. no. 49) of the two remaining defendants, Larry Dameron and R.C. Daniels, be granted. The Report also recommends that plaintiff's motion for preliminary injunction (doc. no. 70) be denied. Plaintiff has objected to the Report. (Doc. no. 76). There is also another motion before the court, recently filed by the plaintiff, which seeks a permanent injunction. (Doc. no. 77.) Defendants have objected to the motion.

As required by 28 U.S.C. § 636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of

---

[1]This defendant identifies himself as "Larry Damron."

plaintiff's objections, the record, and the relevant authorities, the court finds that no purpose would be served by any further analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Couch is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety.  Consistent with the recommendations contained in the Report, defendants' motion for summary judgment is **GRANTED**, and plaintiff's motion for a preliminary injunction is **DENIED**.

Plaintiff's recent motion filed October 27, 2006, entitled "Motion for Permanent Injunction," asks the court for an order preventing the defendants from selling or transferring or liquidating assets, pending a final decision in this action.  The instant order renders the motion moot.  Additionally, the relief requested is not merited. Plaintiff's motion for a permanent injunction is **DENIED**.

Dated this 3rd day of November, 2006.

_____

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0509p010(pub).wpd